# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEN HIVELY, KENNETH KNAUFF and RANDLE SHAW, JR., individually and on behalf of all persons similarly situated, | Civil Action No.: 2:13–cv–00106-NBF |
| | Judge Nora Barry Fischer |
| Plaintiffs, | ELECTRONICALLY FILED |
| v. | |
| ARCHER LIMITED, ALLIS-CHALMERS ENERGY, INC., AIRCOMP, LLC, and ARCHER UNDERBALANCED SERVICES, LLC | |
| Defendants. | |

### AFFIDAVIT OF DAVID A. HUGHES

David A. Hughes, being duly sworn upon his oath, moves to be admitted before this Court in the above cause of action, *pro hac vice*, and in support thereof states:

1. I am a partner in the law firm Hardin & Hughes, LLP, 2121 14th Street, Tuscaloosa, Alabama 35401.

2. I graduated from the University of Alabama School of Law in 1994 and was admitted to the Alabama State Bar, Attorney Number 3923-U82D. I was admitted to practice before the United States District Court, Northern District of Alabama; United States District Court, Southern District of Alabama and, the United States District Court, Middle District of Alabama.

3. I am currently in good standing and eligible to practice in said Courts.

4. My firm is counsel for Allen Hively, Kenneth Knauff and Randle Shaw, Jr. and these clients request my active participation in the defense of this matter.

5. I am working with a member of the Bar of this Court, Sarah R. Schalman-

Bergen of the firm Berger & Montague, P.C., as co-counsel in this cause.

6. I have never been suspended, disbarred or disciplined by any court or state bar and am currently in good standing with the State of Alabama Bar. There are no disciplinary proceedings currently pending against me in any jurisdiction.

7. I certify that I am registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I certify that I have read and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania and agree to comply with said rules.

_____
DAVID A. HUGHES

STATE OF ALABAMA        )
                        )
TUSCALOOSA COUNTY       )

Before me, the undersigned, a Notary Public for the State of Alabama, personally appeared David A. Hughes and acknowledged the execution of the foregoing Petition. Signed and sealed this 25th day of February, 2013.

_____
NOTARY PUBLIC

My Commission Expires:
8/20/14