IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLEN HIVELY, KENNETH KNAUFF and RANDLE SHAW, JR.**, individually and on behalf of all persons similarly situated, | Civil Action No.:  2:13-cv-00106-NBF |
| | Judge Nora Barry Fischer |
| **Plaintiffs,** | ELECTRONICALLY FILED |
| v. | |
| **ARCHER LIMITED, ALLIS-CHALMERS ENERGY, INC., AIRCOMP, LLC,** and **ARCHER UNDERBALANCED SERVICES, LLC** | |
| **Defendants.** | |

## ORDER

**AND NOW**, this _____ day of March, 2013, it is hereby **ORDERED** that Plaintiffs' Motion for Admission *Pro Hac Vice* is GRANTED and David A. Hughes is admitted to practice *pro hac vice* for the present litigation representing the Plaintiffs.

_____
United States District Judge