# EXHIBIT A

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLAN HIVELY, KENNETH KNAUFF and RANDLE SHAW, JR., individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARCHER LIMITED, ALLIS-CHALMERS ENERGY, INC., AIRCOMP, LLC, and ARCHER UNDERBALANCED SERVICES, LLC,<br><br>Defendants. | Civil Action No: 2:13-cv-00106-NBF<br><br>Judge Nora Barry Fischer<br><br>ELECTRONICALLY FILED |

### AFFIDAVIT OF ISABEL M. DANIELS

Isabel M. Daniels, being duly sworn upon her oath, moves to be admitted before this Court in the above cause of action, *pro hac vice*, and in support thereof states:

1. I am an associate at the law firm of Berger & Montague, P.C., located at 1622 Locust Street, Philadelphia, Pennsylvania, 19103.

2. I graduated from the University of Michigan Law School in 2009 and am admitted to the California State Bar, Attorney Number 270887, and to the Pennsylvania Bar, Attorney Number 313898.

3. I am a member in good standing and am eligible to practice law in the State of California and the Commonwealth of Pennsylvania.

4. My firm is counsel for Allan Hively, Kenneth Knauff, and Randle Shaw, Jr., and these clients request my active participation in this matter.

5.  I am working with a member of the Bar of this Court, Sarah R. Schalman-Bergen, of Berger & Montague, P.C.

6.  I have never been suspended, disbarred, or disciplined by any court or state bar. There are no disciplinary proceedings currently pending against me in any jurisdiction.

7.  I certify that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.  I certify that I have read and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania and that I will comply with the Federal Rules of Civil Procedure and the applicable Local Rules.

*[signature]*
Isabel M. Daniels
Berger & Montague, P.C.
1622 Locust Street,
Philadelphia, PA 19103-6305
(215) 875-3000
idaniels@bm.net

Dated: 1 March 2013
NOTARIZED

*[signature: John C Kerns]*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN C. KERNS, Notary Public
Upper Providence Twp., Montgomery County
My Commission Expires March 16, 2016

2