IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLAN HIVELY, KENNETH KNAUFF and RANDLE SHAW, JR., individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARCHER LIMITED, ALLIS-CHALMERS ENERGY, INC., AIRCOMP, LLC, and ARCHER UNDERBALANCED SERVICES, LLC,<br><br>Defendants. | Civil Action No: 2:13-cv-00106-NBF<br><br>Judge Nora Barry Fischer<br><br>ELECTRONICALLY FILED |

## ORDER

**AND NOW**, this _____ day of March, 2013, it is hereby **ORDERED** that Plaintiffs' Motion for Admission *Pro Hac Vice* is GRANTED and Isabel M. Daniels is admitted to practice *pro hac vice* for the present litigation representing the Plaintiffs.

_____
United States District Judge